394 A.2d 625

Morris v. Shaffer, Appellant.

Argued June 12, 1978. W. Marshall Dawsey, for appellant; Michael J. DeSisti, for appellee.

Order affirmed.

394 A.2d 625

Newman, Appellant, v. Newman.

Argued June 13, 1978. Neil B. Howard, for appellant; Stanley R. Kotzen, for appellee.

Order affirmed.

JACOBS, P. J., and CERCONE, J., did not participate in the consideration or decision of this case.